**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: BLUE CROSS AND BLUE SHIELD        MDL No.: 2406
ANTITRUST LITIGATION

_____/

**PLAINTIFFS' NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER**

Plaintiffs, John Hoover, Sharon Zebley, Erick Gibbs, Darin Griffin, Edward Inglesby, Matt Motta, Frank Melchiore, Donald Cosgrove, Bob Farohideh, Tiana Kelley, Iman Jones, Terra Scott Dannison, Alvin McCray, Michael Leach, Douglas Howie, Sandra Styles Horvath, Valery Rivera, Catalina Dinovo, Kevan Watkins, Winford House, Peter Zitoli, Dave Barth, Danny Beltran, Sue-Ling Rosario, Eva Clark, Barbara Dicks, Mary Floyd, David Sexton, Jeannine Noll, Tiffany Duke, Justin Duke, Brendan Price, James Moore, and Sara Corcoran, by and through counsel, pursuant to Fed. R. MDL P. 7.1(c), submit this opposition to the conditional transfer order as it relates to *Hoover, et al., v. Blue Cross and Blue Shield Ass'n*, No. 1:21-cv-23448 (Fla. S.D. 2021).

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on November 15, 2021 on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully Submitted By:

Gulisano Law, PLLC
5645 Coral Ridge Drive, Suite 207
Coral Springs, FL 33076
954-947-3972
michael@gulisanolaw.com

s/ Michael Gulisano
Michael Gulisano, Esquire
Florida Bar No.: 87573

Counsel for Plaintiffs