**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: BLUE CROSS AND BLUE SHIELD            MDL No.: 2406
ANTITRUST LITIGATION

_____/

**NOTICE OF APPEARANCE**

**PARTIES REPRESENTED**: Plaintiffs, John Hoover, Sharon Zebley, Erick Gibbs, Darin Griffin, Edward Inglesby, Matt Motta, Frank Melchiore, Donald Cosgrove, Bob Farohideh, Tiana Kelley, Iman Jones, Terra Scott Dannison, Alvin McCray, Michael Leach, Douglas Howie, Sandra Styles Horvath, Valery Rivera, Catalina Dinovo, Kevan Watkins, Winford House, Peter Zitoli, Dave Barth, Danny Beltran, Sue-Ling Rosario, Eva Clark, Barbara Dicks, Mary Floyd, David Sexton, Jeannine Noll, Tiffany Duke, Justin Duke, Brendan Price, James Moore, and Sara Corcoran.

**SHORT CASE CAPTION:** *Hoover, et al., v. Blue Cross & Blue Shield Ass'n, et al.*, No. 1:21-cv-23448 (Fla. S.D. 2021).

In compliance with Rule 4.1(c), the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiffs indicated. I am aware that only one attorney can be designated for each party.

| November 23, 2021 | s/ Michael Gulisano |
|---|---|
| Date | Signature |

**NAME & ADDRESS OF DESIGNATED ATTORNEY:**

Michael Gulisano, Esq.,
Gulisano Law, PLLC
5645 Coral Ridge Drive, Suite 207
Coral Springs, FL 33076

954-947-3972
954-947-3910 (fax)
michael@gulisanolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on November 23, 2021 on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully Submitted By:

Gulisano Law, PLLC
5645 Coral Ridge Drive, Suite 207
Coral Springs, FL 33076
954-947-3972
michael@gulisanolaw.com

s/ Michael Gulisano
Michael Gulisano, Esquire
Florida Bar No.: 87573