**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**FIRST AMENDMENT TO THE HEARING SESSION ORDER**
**AND ATTACHED SCHEDULE FILED DECEMBER 16, 2021**

IT IS ORDERED that the Notice of Hearing Session, Hearing Session Order, and attached Schedule for the hearing session on January 27, 2022, in Miami, Florida, filed by the Judicial Panel on Multidistrict Litigation on December 16, 2021, are amended to update the following:

LOCATION OF HEARING SESSION:   United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Washington, DC 20544-0005

TIME OF HEARING SESSION:   **11:00 a.m. (Eastern Standard Time)**

ORAL ARGUMENT:

- **The Panel has determined that circumstances caused by the COVID-19 pandemic warrant hearing oral argument by videoconference or teleconference.** No counsel are permitted to appear in person. Further details regarding how the Hearing Session will be conducted—including sign-in information, allocation of argument times, and a training session for arguing attorneys—shall be provided the week of January 10, 2022.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel